UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| FLORIAN BELLANGER and LUDOVIC AUGENDRE, | Judge William J. Martini |
| Plaintiffs, | |
| vs. | Civ. Action No. 2:11-cv-05103-WJM-MF |
| ULYSSES, INC. d/b/a ULYSSES PRESS | |
| | (Document Filed Electronically) |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiffs Florian Bellanger and Ludovic Augendre hereby voluntarily dismiss the above-captioned action with prejudice. Each party to bear its own costs.

Dated: December 19, 2011            Respectfully submitted,

ROSABIANCA AND ASSOCIATES, P.L.L.C

By: _____
Kristin Hitsous

Jeremy Panzella, Esquire (*pro hac vice*)
Kristin Hitsous, Esquire
40 Wall Street, 31st Floor
New York, NY 10005
Jeremy@rosabiancalaw.com
Kristin@rosabiancalaw.com
*Attorneys for Plaintiffs*